UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

WHITESELL CORPORATION,

        Plaintiff,

v.

WHIRLPOOL CORPORATION,
WHIRLPOOL MEXICO S.A. de C.V.,
and JOSEPH STARKEY,

        Defendants.
_____/

Case No. 1:05-cv-679

Hon. Richard Alan Enslen

**PARTIAL JUDGMENT**

       In accordance with the Opinion of this date;

       **IT IS HEREBY ORDERED** that Defendant Whirlpool Corporation's Motion for Summary Judgment on Count One (Dkt. No. 150) is **GRANTED**, and Count One of the Amended Complaint (Dkt. No. 14) is **DISMISSED WITH PREJUDICE**.

Dated in Kalamazoo, MI:                       /s/Richard Alan Enslen
September 19, 2006                           Richard Alan Enslen
                                                       Senior United States District Judge